# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,   )
                              )
               Plaintiff,     )
                              )
vs.                          )    Case No. 03-CR-40061-02-MJR
                              )
NICOLE R. PEOPLES,       )
                              )
            Defendant.    )

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Following entry of a guilty plea by Defendant Peoples in the above-captioned case, the Honorable James L. Foreman sentenced Peoples on December 6, 2004. The sentence included a 100-month term of imprisonment. Judgment was entered accordingly on April 7, 2005 (Doc. 80).

On February 13, 2008, Defendant Peoples submitted a letter to the Court inquiring whether she is eligible for a sentence reduction under recently amended United States Sentencing Guidelines (Doc. 86).

On December 19, 2007, Chief Judge Herndon issued an Administrative Order addressing certain recent amendments to the Guidelines. Administrative Order 102 explains that this Court cannot act on any petitions to reduce sentence until <u>after</u> the March 3, 2008 effective date imposed by the Sentencing Commission. Administrative Order 102 further provides:

(a) any motions to reduce sentence filed *before* March 3, 2008 shall be stayed until March 3, 2008;

(b) the Federal Public Defender's Office of the Southern District of Illinois "is hereby designated to represent each defendant" who files a motion to reduce sentence; and

(c) the U.S. Attorney's Office need not file any response to a motion to reduce sentence until March 10, 2008. *Id.*

Administrative Order 102 is **INCORPORATED BY REFERENCE** herein and expressly declared applicable to this case. Accordingly, the Court **APPOINTS** the Office of the Federal Public Defender to represent Defendant Peoples herein. This Order in no way indicates that a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) has merit or would be granted. Finally, if Defendant Peoples does file a motion to reduce sentence, the undersigned District Judge may set a briefing schedule with deadlines in addition to (and/or extending) the March 10, 2008 response date referenced in Administrative Order 102.

IT IS SO ORDERED.

DATED this 15th day of February 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge